Order entered August 19, 2013

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-13-01009-CV

 Ted Stauffer, Appellant

 V.

 Jane T. Nicholson, Appellee

 On Appeal from the Collin County Probate
 Collin County, Texas
 Trial Court Cause No. PB1-0842-2012

 ORDER

 The Court has before it appellant's August 15, 2013 motion to
authorize clerk to accept electronic recording of trial court proceedings.
The Court GRANTS the motion and DIRECTS the Clerk of the Court to file the
electronic recording of the trial court proceedings as the official court
reporter's record in this case. See Tex. R. App. P. 36.2(a)(2).

 /s/ ELIZABETH LANG-MIERS
 JUSTICE